IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THE PROCTER & GAMBLE COMPANY<br><br>               Plaintiff,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>               Defendant. | C. A. No. _____ |

**PLAINTIFF THE PROCTER & GAMBLE COMPANY'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff The Procter & Gamble Company advises the Court that it does not have a parent corporation nor is there a publicly held corporation that owns 10% or more of its stock.

OF COUNSEL:

William F. Lee
Hollie L. Baker
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

Dated: February 1, 2008

/s/ Frederick L. Cottrell III
Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE 19899-0551
Telephone: 302-651-7700

*Attorneys for Plaintiff*
*THE PROCTER & GAMBLE COMPANY*

RLF1-3249546-1