# United States District Court

DISTRICT OF DELAWARE

| The Procter & Gamble Company, | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| v. | ) | CASE NUMBER: |
| Teva Pharmaceuticals USA, Inc., | ) | 0 8 - 6 6 |
| Defendant. | ) | |

TO:   Teva Pharmaceuticals USA, Inc.
c/o Corporate Creations Network, Inc.
3411 Silverside Road
Rodney Building #104
Wilmington, DE  19810

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

**Frederick L. Cottrell, III, Esquire**
**Steven J. Fineman, Esquire**
**Richards, Layton & Finger**
**One Rodney Square**
**Wilmington, DE 19899**
**(302) 651-7700**

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 0 1 2008

__PETER T. DALLEO__
Clerk                                      Date

By Deputy Clerk

RLF1-3249544-1

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 2/1/08 |
| NAME OF SERVER (PPJNT) KEVIN DUNN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: TEVA PHARMACEUTICALS USA, INC C/O CORPORATE CREATIONS NETWORK, INC AT 3411 SILVERSIDE RD. WILMINGTON, DE  COPIES THEREOF WERE ACCEPTED BY JEN TOSCANO

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/1/08
              Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure