IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTOR & GAMBLE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-066- JJF |
| | ) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff The Proctor & Gamble Company ( "P & G"), and Defendant Teva Pharmaceuticals USA, Inc. ( "Teva"), stipulate and agree that the deadline for Teva to answer, move, or otherwise respond to the complaint filed by P & G on February 1, 2008, has been extended to and including March 24, 2008.

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| /s/ Frederick L. Cottrell | /s/ Karen L. Pascale |
| _____ | _____ |
| Frederick L. Cottrell (No. 2555) | Josy W. Ingersoll (No. 1088) |
| Steven J. Fineman (No. 4025) | Karen L. Pascale (No. 2903) |
| One Rodney Square | The Brandywine Building |
| P.O. Box 551 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899-0391 | Wilmington, DE 19899-0551 |
| Telephone: (302) 651-7700 | Telephone: (302) 571-6600 |
| cottrell@rlf.com | kpascale@ycst.com |
| *Attorneys for The Procter & Gamble Company* | *Attorneys for Teva Pharmaceuticals USA, Inc.* |

SO ORDERED this _____ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE