IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 08-066-JJF |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER ON JOINT MOTION TO STAY ALL PROCEEDINGS**

Upon consideration of Plaintiff The Procter & Gamble Company's and Defendant Teva Pharmaceuticals USA, Inc.'s Joint Motion to Stay All Proceedings, proceedings in the above-captioned case are stayed pending this Court's opinion concerning the outcome of the trial in the related case of *The Procter & Gamble Co. v. Teva Pharmaceuticals U.S.A., Inc.* (No. 1:04-cv-000940-JJF).

SO ORDERED this ___ day of _____, 2008.


_____
The Honorable Joseph J. Farnan, Jr.

RLF1-3257345-1