IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 08-066-JJF |
| | ) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| | ) |
| Defendant. | ) |

**[ ], ORDER ON JOINT MOTION TO STAY ALL PROCEEDINGS**

Upon consideration of Plaintiff The Procter & Gamble Company's and Defendant Teva Pharmaceuticals USA, Inc.'s Joint Motion to Stay All Proceedings, proceedings in the above-captioned case are stayed pending this Court's opinion concerning the outcome of the trial in the related case of *The Procter & Gamble Co. v. Teva Pharmaceuticals U.S.A., Inc.* (No. 1:04-cv-000940-JJF).

SO ORDERED this 5 day of March, 2008.

_____
The Honorable Joseph J. Farnan, Jr.

RLF1-3257345-1