# YOUNG CONAWAY STARGATT & TAYLOR, LLP

|  | THE BRANDYWINE BUILDING |  |
|---|---|---|
| KAREN L. PASCALE | 1000 WEST STREET, 17TH FLOOR | (302) 571-6600 |
| DIRECT DIAL:  (302) 571-5001 | WILMINGTON, DELAWARE  19801 | (302) 571-1253 FAX |
| DIRECT FAX:    (302) 576-3516 | | (800) 253-2234 (DE ONLY) |
| kpascale@ycst.com | P.O. BOX 391 | www.youngconaway.com |
|  | WILMINGTON, DELAWARE 19899-0391 |  |

March 18, 2008

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE  19801

      Re:   *The Procter & Gamble Co. v. Teva Pharmaceuticals USA, Inc.*,
            C.A. No. 04-940-JJF

            *The Procter & Gamble Co. v. Teva Pharmaceuticals USA, Inc.*,
            C.A. No. 08-066-JJF

Dear Judge Farnan:

     I write to advise the Court that Teva opposes the forms of Proposed Orders of Final Judgment filed by P&G on March 13, 2008 (D.I. 119 in C.A. No. 04-940; D.I. 10 in C.A. No. 08-066), and plans to file its complete responses thereto later this week.

     We remain at the Court's disposal to respond to any questions regarding this matter.

                                            Respectfully submitted,

                                           /s/ Karen L. Pascale

                                           Karen L. Pascale (No. 2903)

KLP:mcm

cc:    Frederick L. Cottrell, III, Esquire (by CM/ECF and hand delivery)
        Steven J. Fineman, Esquire (by CM/ECF and hand delivery)
        William F. Lee, Esquire (by e-mail)
        Vinita Ferrera, Esquire (by e-mail)
        James Galbraith, Esquire (by e-mail)