Form 22

**FORM 22. Transcript Purchase Order**

## United States Court of Appeals for the Federal Circuit

**THE PROCTER & GAMBLE COMPANY**  ) Appeal from  ☑ U.S. Discrict Court for  District of Delaware
   **Plaintiff/Appellee**   ❑ Court of International Trade
     ❑ Claims Court
       —VERSUS—   ) TRIAL COURT NO. 08-066-JJF
**TEVA PHARMACEUTICALS USA,**   ) CIRCUIT COURT NO. _____
**INC.**
   **Defendant/Appellant**   TRANSCRIPT PURCHASE ORDER
      (See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I -  TO BE COMPLETED BY THE APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:
   ( ) A transcripts is not needed for the appeal
   (✓) A transcript is already on file
   ( ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
   ( ) Private Funds
   ( ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED /s/ Karen L. Pascale  DATE 6/11/08  COUNSEL FOR Defendant/Appellant
ADDRESS  Karen L. Pascale, Esq., (No. 2903), Young Conaway Stargatt & Taylor, LLP, 1000 West Street, Wilmington, DE 19801
TELEPHONE 302-571-6600

PART II - TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

Signature and Date
Telephone _____

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

Date   Signature



133

**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on June 11, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire [cottrell@rlf.com]
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> Wilmington, DE 19801
> Telephone: (302) 651-7700

I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ***By E-mail***
>
> William F. Lee [william.lee@wilmerhale.com]
> Vinita Ferrera [vinita.ferrera@wilmerhale.com]
> David B. Bassett [david.bassett@wilmerhale.com]
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 60 State Street
> Boston, MA 02109
> Telephone: (617) 526-6000

June 11, 2008

> YOUNG CONAWAY STARGATT & TAYLOR LLP
>
> /s/ *Karen L. Pascale*
> _____
> Karen L. Pascale (No. 2903) [kpascale@ycst.com]
> The Brandywine Building
> 1000 West St., 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Phone: 302-571-6600
>   *Attorneys for Defendant,*
>   *Teva Pharmaceuticals USA, Inc.*